PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Ricardo Rolon  Cr.: 01-00583-001
PACTS #: 28645

Name of Sentencing Judicial Officer:   THE HONORABLE NICHOLAS H. POLITAN
UNITED STATES DISTRICT COURT JUDGE

Date of Original Sentence: 12/19/2001

Original Offense: POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

Original Sentence: 188 months imprisonment, 60 months supervised release

Special Conditions: Substance Abuse Testing, Special Assessment

Type of Supervision: Supervised Release        Date Supervision Commenced: 01/29/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states **'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.'** |
| | On March 10, 2016, the offender tested positive for cocaine. He acknowledged using the substance, along with alcohol, at approximately 2:00am while with a female friend. |

U.S. Probation Officer Action:

Rolon was verbally reprimanded for his noncompliance and was referred to outpatient mental health and substance abuse treatment at the Cope Center in Montclair. Our office will monitor his progress with treatment, his substance use, and will immediately notify the Court of any other instances of non-compliance.

Prob 12A – page 2
Ricardo Rolon

Respectfully submitted,
*Suzanne Golda-Martinez/nm*
By: Suzanne Golda-Martinez
U.S. Probation Officer
Date: 03/13/2016

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

16 Mar 2016
_____
Date